UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHINGAIRAI FERESU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-01227-TWP-DKL |
| | ) | |
| INDIANA UNIVERSITY BLOOMINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION TO FILE SURREPLY**

This matter is before the Court on Plaintiff Shingairai Feresu's ("Ms. Feresu") Motion to Request Extension of Time (Filing No. 62), which the Court treats as a request for additional time to file a surreply to Defendant the Trustees of Indiana University's ("IU") Motion for Summary Judgment.

The Court notes that Local Rule 56-1(d) explains the provisions for filing a surreply:

> A party opposing a summary judgment motion may file a surreply brief only if the movant cites new evidence in the reply or objects to the admissibility of the evidence cited in the response. The surreply must be filed within 7 days after the movant serves the reply and must be limited to the new evidence and objections.

The Court **GRANTS** Ms. Feresu's request to file a surreply and her request for additional time to file the surreply. The Court provides the following guidance for Ms. Feresu's surreply. The surreply must be limited to responding to any new evidence or the objections raised in IU's Reply Brief at Filing No. 61. The surreply should be limited only to the claims pending before the Court—claims under the Equal Pay Act and Title VII of the Civil Rights Act of 1964 for employment discrimination based on race, nationality, and sex. The surreply should not discuss claims that are not before the Court such as claims under the Americans with Disabilities Act and Equal Rights Under Law, 42 U.S.C. § 1981, or for sexual orientation discrimination. The surreply

should be no more than **twenty (20) pages** in length and must be filed no later than **Monday, December 19, 2016**. The parties should expect no further extensions of time.

    **SO ORDERED.**

Date: 11/17/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution via electronic mail:

Shingairai Feresu
sferesu@yahoo.com

Cory Stephen Brundage
CORY BRUNDAGE, LLC
cb@brundagelaw.com

Distribution via U.S. Mail:

Shingairai Feresu
204 Smith Street
Mucklenuek Pretoria 0002
South Africa